## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------

In re:  JAMES NYEBE WILSON, II,          BKY. No.:  09-40661
ELIZA WESLEY WILSON,                     Chapter 7

                        Debtors.

                                         **ORDER TERMINATING STAY**

---------------------------------------------------

     This matter came on before the undersigned Judge of the above entitled Court, upon motion filed with the Court.

     Based upon all the files and proceedings herein,

     IT IS HEREBY ORDERED THAT:

     1.    The automatic stay imposed by 11 U.S.C. §362 is hereby terminated as to the real property over which the Movant, Wells Fargo Bank, N.A., its successors or assigns, has an interest, said property legally described as:

     Lot  2, Block 7, Creekview Preserve Plat 1,
     Stearns County, Minnesota,

     2.    Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.

Dated:  __May 7, 2009_____

/e/ Nancy C. Dreher
_____
The Honorable Nancy C. Dreher
Chief Judge of U.S. Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/07/2009*
Lori Vosejpka, Clerk, by KK